**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| **vs.** | **RE:**<br>**18 Maxim Court, Winthrop, ME 04364** |
| **Robin L. Chase** | **Mortgage:**<br>**April 8, 2005**<br>**Book 8464, Page 250**<br>**Kennebec Registry of Deeds** |
| **Defendant** | |

NOW COMES the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Robin L. Chase, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, in which the Defendant, Robin L. Chase, is the obligor and the total amount owed under the terms of the Note is Eighty-Eight Thousand Ninety-One and 48/100 ($88,091.48) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.
3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1 is a National Association with its principal/main place of business located at 1999 Avenue of the Stars, Los Angeles, CA 90071.
5. The Defendant, Robin L. Chase, is a resident of Winthrop, County of Kennebec and State of Maine.

## FACTS

6. On June 9, 2005, by virtue of a Warranty Deed from Donna L. King, which is recorded in the Kennebec Registry of Deeds in **Book 8464, Page 248**, the property situated at 18 Maxim Court, City/Town of Winthrop, County of Kennebec, and State of Maine, was conveyed to Robin L. Chase, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).
7. On April 5, 2005, Defendant, Robin L. Chase, executed and delivered to Option One Mortgage Corporation a certain Note under seal in the amount of $82,500.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).
8. To secure said Note, on April 8, 2005, Defendant, Robin L. Chase, executed a Mortgage Deed in favor of Option One Mortgage Corporation, securing the property located at 18 Maxim Court, Winthrop, ME 04364 which Mortgage Deed is recorded in the Kennebec Registry of Deeds in **Book 8464**, **Page 250**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).
9. The Mortgage was then assigned to Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1 by virtue of an Assignment of Mortgage dated January 9, 2023, and recorded in the Kennebec Registry of Deeds in **Book 14675**, **Page 214**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).
10. On August 3, 2026, the Defendant, Robin L. Chase, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the

"Demand Letter"). *See* Exhibit E (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

11. The Demand Letter informed the Defendant, Robin L. Chase, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit E.

12. The Defendant, Robin L. Chase, failed to cure the default prior to the expiration of the Demand Letter.

13. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

14. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, hereby certifies it is the lawful holder and owner of the Note and Mortgage.

15. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

16. The total debt owed under the Note and Mortgage as of October 15, 2026, is Eighty-Eight Thousand Ninety-One and 48/100 ($88,091.48) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $84,427.07 |

| | |
|---|---|
| Interest | $1,477.20 |
| Fees | $235.50 |
| Funds Owed by Borrower | $1,929.73 |
| Deferred Principal | $21.98 |
| Grand Total | $88,091.48 |

17. Upon information and belief, the Defendant, Robin L. Chase, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

18. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, repeats and re-alleges paragraphs 1 through 17 as if fully set forth herein.
19. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 18 Maxim Court, Winthrop, County of Kennebec, and State of Maine. *See* Exhibit A.
20. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, is the holder of the Note referenced in Paragraph 7 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, has the right to foreclosure and sale upon the subject property.

21. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, hereby certifies it is the current owner and investor of the aforesaid Mortgage and Note.

22. The Defendant, Robin L. Chase, is presently in default on said Mortgage and Note, having failed to make the monthly payment due May 1, 2026, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

23. The total debt owed under the Note and Mortgage as of October 15, 2026, is Eighty-Eight Thousand Ninety-One and 48/100 ($88,091.48) Dollars.

24. The record established through the Kennebec Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

25. By virtue of the Defendant, Robin L. Chase's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

26. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, Robin L. Chase, on August 3, 2026, evidenced by the Certificate of Mailing. *See* Exhibit E.

27. The Defendant, Robin L. Chase, is not in the Military as evidenced by the attached Exhibit F.

28. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant but only seeks *in rem* judgment against the property.

## COUNT II – BREACH OF NOTE

29. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, repeats and re-alleges paragraphs 1 through 28 as if fully set forth herein.

30. On April 5, 2005, the Defendant, Robin L. Chase, executed under seal and delivered to Option One Mortgage Corporation a certain Note in the amount of $82,500.00. *See* Exhibit B.

31. The Defendant, Robin L. Chase, is in default for failure to properly tender the May 1, 2026, payment and all subsequent payments. *See* Exhibit E.

32. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Robin L. Chase.

33. The Defendant, Robin L. Chase, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

34. The Defendant, Robin L. Chase's, breach is knowing, willful, and continuing.

35. The Defendant, Robin L. Chase's, breach has caused Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

36. The total debt owed under the Note and Mortgage as of October 15, 2026, if no payments are made, is Eighty-Eight Thousand Ninety-One and 48/100 ($88,091.48) Dollars.

37. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

38. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant but only seeks *in rem* judgment against the property.

COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

39. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, repeats and re-alleges paragraphs 1 through 38 as if fully set forth herein.

40. By executing, under seal, and delivering the Note, the Defendant, Robin L. Chase, entered into a written contract with Option One Mortgage Corporation, who agreed to loan the amount of $82,500.00 to the Defendant. *See* Exhibit B.

41. As part of this contract and transaction, the Defendant, Robin L. Chase, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

42. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, is the proper holder of the Note and successor-in-interest to Option One Mortgage Corporation and has performed its obligations under the Note and Mortgage.

43. The Defendant, Robin L. Chase, breached the terms of the Note and Mortgage by failing to properly tender the May 1, 2026, payment and all subsequent payments. *See* Exhibit E.

44. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, is the proper

holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Robin L. Chase.

45. The Defendant, Robin L. Chase, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

46. The Defendant, Robin L. Chase, is indebted to Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1 in the sum of Eighty-Eight Thousand Ninety-One and 48/100 ($88,091.48) Dollars, for money lent by the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, to the Defendant.

47. Defendant, Robin L. Chase's, breach is knowing, willful, and continuing.

48. Defendant, Robin L. Chase's, breach has caused Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

49. The total debt owed under the Note and Mortgage as of October 15, 2026, if no payments are made, is Eighty-Eight Thousand Ninety-One and 48/100 ($88,091.48) Dollars.

50. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

51. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant but only seeks *in rem* judgment against the property.

## COUNT IV –UNJUST ENRICHMENT

52. The Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, repeats and re-alleges paragraphs 1 through 51 as if fully set forth herein.

53. Option One Mortgage Corporation, predecessor-in-interest to Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, loaned the Defendant, Robin L. Chase, $82,500.00. *See* Exhibit B.

54. The Defendant, Robin L. Chase, has failed to repay the loan obligation.

55. As a result, the Defendant, Robin L. Chase, has been unjustly enriched to the detriment of the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1 as successor-in-interest to Option One Mortgage Corporation by having received the aforesaid benefits and money and not repaying said benefits and money.

56. As such, the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, is entitled to relief.

57. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant but only seeks *in rem* judgment against the property.

# PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Determine the amount due and priority of any Parties-In-Interest that appear in this matter;

c) Grant possession to the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, upon the expiration of the period of redemption;

d) Find that the Defendant, Robin L. Chase, is in breach of the Note by failing to make payment due as of May 1, 2026, and all subsequent payments;

e) Find that the Defendant, Robin L. Chase, is in breach of the Mortgage by failing to make payment due as of May 1, 2026, and all subsequent payments;

f) Find that the Defendant, Robin L. Chase, entered into a contract for a sum certain in exchange for a security interest in the subject property;

g) Find that the Defendant, Robin L. Chase, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due May 1, 2026, and all subsequent payments;

h) Find that the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, is entitled to enforce the terms and conditions of the Note and Mortgage;

i) Find that by virtue of the money retained by the Defendant, Robin L. Chase has been

unjustly enriched at the Plaintiff's expense;

j) Find that such unjust enrichment entitles the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, to restitution;

k) Find that the Defendant, Robin L. Chase, is liable to the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, for money had and received;

l) Find that the Defendant, Robin L. Chase, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Robin L. Chase, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, is entitled to restitution for this benefit from the Defendant, Robin L. Chase;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendant, Robin L. Chase, and in favor of the Plaintiff, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1, in the amount of Eighty-Eight Thousand Ninety-One and 48/100 ($88,091.48) Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs (If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property);

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1,
By its attorneys,

Dated: October 14, 2026

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com